MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0646 VRW |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| ABRAHAM OLVERA-RODRIGUEZ, | |
|     Defendant. | |

    The parties appeared before the Court on October 7, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 7, 2010 to November 12, 2010, in light of the need for the defense consider a plea agreement.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ABRAHAM OLVERA-RODRIGUEZ, CR 10-0646    1

1 diligence.

2     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 7, 2010 to November 12, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 7, 2010 to November 12, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    SO STIPULATED:

                                MELINDA HAAG
                                United States Attorney

DATED: October 8, 2010             /s/
                                PATRICIA SPALETTA
                                Special Assistant United States Attorney

DATED: October 8, 2010             /s/
                                Steven Kalar
                                Assistant Federal Public Defender

SO ORDERED.

DATED: 10/13/2010

                                THE HONORABLE VAUGHN R. WALKER
                                United States District Chief Judge